492 A.2d 1164

**COMMONWEALTH of Pennsylvania**

v.

**David ROBINSON, Appellant.**

Superior Court of Pennsylvania.

Submitted Jan. 22, 1985.

Filed May 17, 1985.

John H. Corbett, Jr., Public Defender, Pittsburgh, for appellant.

Robert L. Eberhardt, Deputy District Attorney, Pittsburgh, for Com., appellee.

Before POPOVICH, WATKINS and LIPEZ, JJ.

2. We are not imposing a fine of $25.00 as the only issue before us is whether § 4945(b) is the applicable penalty section.

368

## OPINION

PER CURIAM:

Judgment of sentence is vacated and the case remanded to the lower court to determine whether the failure to file Post-trial motions was the result of an intelligent waiver or whether it was due to counsel's negligence despite appellant's request that he file them.